# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 1, 2020

160449

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

IRENE JAROS,
        Plaintiff-Appellee,

v

VHS HARPER-HUTZEL HOSPITAL, INC.,
d/b/a HARPER HOSPITAL,
        Defendant-Appellant.

_____/

SC: 160449
COA: 340566
Wayne CC: 16-015287-NO

On order of the Court, the application for leave to appeal the September 19, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2020

Clerk

a0624